In the matter of the estate of JOSEPH SEARLE, deceased.

[Decided April 27th, 1933.]

*Messrs. Williams & Leonard,* for the appellant.

*Mr. Victor Greenburg,* for the respondent.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Ordinary Lewis, and reported in *111 N. J. Eq. 67.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 14.

*For reversal*—None.